**Original filed 8/2/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WINSLOW C. ROUSE, | ) | No. C 04-0276 JF (PR) |
| Petitioner, | ) ) | ORDER GRANTING PETITIONER'S MOTION TO |
| vs. | ) ) | FILE AN OVERSIZE BRIEF |
| SHERIFF CHARLES PLUMMER, et. al., | ) ) ) | |
| Respondents. | ) ) | (Docket No. 27) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 17, 2005, the Court ordered Respondent to show cause why a writ of habeas corpus should not be issued. On October 5, 2005, Respondent filed an answer addressing the merits of the petition. On October 26, 2005, the Court granted Petitioner's motion for an extension of time to file his traverse on or before January 3, 2006. On December 30, 2005, Petitioner filed a traverse and an ex parte motion for leave to file an oversize brief. The Court finds Petitioner has shown good cause to exceed the page limitation for his traverse. Accordingly, Petitioner's motion for leave to file an oversize brief (docket no. 27) is GRANTED. The Court will review the merits of the petition in a separate written order.

IT IS SO ORDERED.

DATED: 8/2/06

/S/electronic signature authorized
JEREMY FOGEL
United States District Judge

Order Granting Petitioner's Motion to File an Oversize Brief
P:\pro-se\sj.jf\hc.04\Rouse276misc                    1

1   A copy of this ruling was mailed to the following:

2

3   Winslow C. Rouse
    2170 Camino A Los Cerros
    Menlo Park, CA  94025
4

5   Peggy S. Ruffra
    California State Attorney General's Office
6   455 Golden Gate Avenue
    Suite 11000
7   San Francisco, CA  94102-7004

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Petitioner's Motion to File an Oversize Brief
P:\pro-se\sj.jf\hc.04\Rouse276misc                    2